UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HANUMANTHARAO NARRA, and THE ESTATE OF SASIKALA NARRA,<br><br>Defendants. | Civil Action No. 2:18-cv-14793-ES-CLW |
| HANUMANTHARAO NARRA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY,<br><br>Counterclaim Defendant. | **MOTION FOR APPOINTMENT OF REPRESENTATIVE TO INITIATE PROBATE OF THE ESTATE OF SASIKALA NARRA AND FOR DEPOSIT OF THE DEATH BENEFIT PURSUANT TO FED. R. CIV. P. 67** |

In this motion, Plaintiff/Counterclaim Defendant, Pruco Life Insurance Company ("Pruco"), hereby respectfully requests an Order (1) appointing a personal representative for the estate of decedent, Sasikala Narra, so probate proceedings can be initiated and/or the interests of such estate can be protected and (2) authorizing Pruco to deposit the subject life insurance proceeds into the Court's registry pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1.

In support of its motion, Prudential shall rely upon the accompanying Brief, Declaration of Sean O'Brien with Exhibits, proposed form of Order and Certificate of Service, submitted herewith.

                Respectfully submitted,

Dated:  January 31, 2019

                /s/ Joyce S. Min
                Joyce S. Min, Esq.
                d'Arcambal Ousley & Cuyler Burk LLP
                Four Century Drive | Suite 350
                Parsippany, NJ  07054-4663
                (973) 734-3200
                jmin@darcambal.com
                Attorneys for Plaintiff/Counterclaim
                Defendant, Pruco Life Insurance Company