UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HANUMANTHARAO NARRA, and THE ESTATE OF SASIKALA NARRA,<br><br>Defendants.<br><br>HANUMANTHARAO NARRA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY,<br><br>Counterclaim Defendant. | Civil Action No. 2:18-cv-14793-ES-CLW<br><br>**ORDER** |

This matter, having been brought to the Court upon a Motion filed by Plaintiff/Counterclaim Defendant, Pruco Life Insurance Company ("Pruco"), for entry of an order appointing a representative to initiate probate proceedings of the Estate of Sasikala Narra ("Estate") and for deposit of a death benefit in the total amount of $1,000,156.35 ("Death Benefit"), which is due as a result of the death of Sasikala Narra ("Insured"), who was insured under two individual life insurance policies bearing policy numbers L9201428 ("Policy L920") and V2353442 ("Policy V235") (collectively, "Policies") issued by Pruco, and the Court having considered the application, and for good cause having been shown,

**IT IS** on this _____ day of _____, 2019,

**ORDERED** that**:**

1. Pruco's Motion for Appointment of a Personal Representative for the Estate of Sasikala Narra and for Deposit of the Death Benefit is hereby **GRANTED.**

2. The Court hereby appoints _____ as a representative for the Estate of Sasikala Narra (the "Estate") who is hereby directed to initiate probate proceedings to open the Estate.

3. Within 21 days of Pruco's receipt of this Order, Pruco shall deposit the Death Benefit in the amount of $1,000,156.35, plus applicable claim interest, if any, with the Clerk of this Court.

4. These funds shall be deposited by the Clerk into the Registry of this Court as soon as the business of the office allows, and the Clerk shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") established within the Court Registry Investment System (C.R.I.S.) administered by the Administrative Office of the United States Courts as Custodian, pursuant to this Court's November 30, 2016 Standing Order regarding Deposit and Investment of Interpleader funds.

5. The Death Benefit so invested in the interest-bearing C.R.I.S. fund shall remain on deposit until further notice of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk and redeposited into the non-interest bearing Registry of the Court for disposition pursuant to the further order of the Court.

6. The Custodian shall deduct a miscellaneous schedule fee for the handling of those registry funds invested in interest-bearing accounts, as authorized by the Judicial Conference of the United States and by Standing Orders of this Court dated June 30, 1989, November 30, 1990,

and May 19, 2011, of 10% of the income earned on an account and any subsequent deposit of new principal while invested in C.R.I.S.

7. Pruco shall serve a copy of this Order upon the Clerk of this Court, the Chief Deputy of Administration, Deputy Chief Deputy of Operations or Finance Manager.

8. Counsel for Pruco shall serve a copy of the within Order to counsel of record within 7 days of its receipt.

                                                                                       _____

                                                                                                                            U.S.D.J.