# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HANUMANTHARAO NARRA, and THE ESTATE OF SASIKALA NARRA,<br><br>Defendants.<br><br>HANUMANTHARAO NARRA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY,<br><br>Counterclaim Defendant. | Civil Action No. 2:18-cv-14793-ES-CLW<br><br><br><br>**CERTIFICATION OF SERVICE** |

    I hereby certify that on January 31, 2019, Plaintiff/Counterclaim Defendant, Pruco Life Insurance Company's Motion for Appointment of Representative to Initiate Probate of the Estate of Sasikala Narra and for Deposit of the Death Benefit Pursuant to Fed. R. Civ. P. 67, Brief in Support of Motion for Appointment of Representative to Initiate Probate of the Estate of Sasikala Narra and for Deposit of the Death Benefit Pursuant to Fed. R. Civ. P. 67, Declaration of Sean O'Brien with Exhibits A through F, proposed form of Order and the within Certification of Service were electronically filed and are available for downloading and viewing on the ECF System, and were served in the manner indicated below:

**VIA ECF FILING:**

Jack Venturi, Esq.
247 Livingston Avenue
New Brunswick, NJ 08901
Email: jack@jackventurilaw.com
Attorney for Defendant/Counterclaim Plaintiff, Hanumantharo Narra

Peter M. Rhodes, Esq.
Cahill, Wilinski, Rhodes & Joyce
89 N. Haddon Avenue, Suite A
Email: pmr@cahill-law.com
Attorneys for Defendants, Mrishan Kumari, in her capacity as potential heir to the Estate of Sasikla Narra, Vemkateswaao Kumari, in his capacity as potential heir to the Estate of Sasikla Narra,

Dated:  January 31, 2019

                                            /s/ Joyce S. Min
                                            Joyce S. Min, Esq.
                                            d'Arcambal Ousley & Cuyler Burk LLP
                                            Four Century Drive | Suite 350
                                            Parsippany, NJ  07054-4663
                                            (973) 734-3200
                                            jmin@darcambal.com
                                            Attorneys for Plaintiff/Counterclaim Defendant,
                                            Pruco Life Insurance Company